In the Matter of Acquiring Title by the CITY OF NEW YORK, Respondent, to Lands on Avenue A, or Sutton Place, in the Borough of Manhattan, as a Site for the Blackwell's Island Bridge Approach.

CATHERINE DUNN et al., Appellants.

*Matter of City of New York* (*Blackwell's Island Bridge Approach*), 150 App. Div. 928, affirmed.
(Argued February 25, 1913; decided March 11, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered

May 17, 1912, which affirmed an order of Special Term confirming the report of commissioners of estimate and appraisal in the above-entitled proceeding.

*Henry W. Simpson* and *Harry G. Smith* for appellants.

*Archibald R. Watson, Corporation Counsel* (*Clarence L. Barber* and *Terence Farley* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, HISCOCK, CHASE, COLLIN and HOGAN, JJ.